**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**RUSSELL K. HILL, #L3506**                                                  **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 2:03cv123KS-RHW**

**MARVIN E. BREAZEALE, et al.**                                    **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  15th  day of December, 2005.

                                                     *s/ Keith Starrett*
                                                   UNITED STATES DISTRICT JUDGE